IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAIME JARAMILLO, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | Case No. 07 CV 5018 |
| v. ) ) | Hon. Judge Charles Norgle |
| CERTEGY CHECK SERVICES, INC., ) a Delaware Corporation ) ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY stipulated and agreed by and between the parties, JAIME JARAMILLO and CERTEGY CHECK SERVICES, INC., that the above captioned cause of action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and with each party bearing its own costs and attorney's fees as to the above-captioned individual action.

Dated this 17th day of October, 2008

| | |
|---|---|
| Jaime Jaramillo, Plaintiff | Certegy Check Services, Inc., Defendant |
| By: /s/ Larry D. Drury | By: /s/ Marina C. Santini |
| Larry D. Drury | Marina Santini |
| Larry D. Drury, Ltd. | Reed Smith LLP |
| 205 W. Randolph, Suite 1430 | 10 South Wacker Drive |
| Chicago, Illinois 60606 | Chicago, Illinois 60606-7507 |
| (312) 346-7950 | (312) 207-3875 |
| ARDC# 0681024 | ARDC# 6290668 |